UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 Granby Street
NORFOLK, VIRGINIA 23510

*Chambers of*
JAMAR K. WALKER
*United States District Judge*

(757) 222-7008

## PROCEDURE FOR CIVIL MOTIONS

This case has been assigned to United States District Judge Jamar K. Walker.

Pursuant to E.D. Va. Civ. R. 7(F), a brief shall accompany all motions (unless excepted by the rule). *Do not submit courtesy copies unless the Court specifically requests them.* If the Court requires courtesy copies, chambers will contact counsel with instructions on how to prepare the copies.

Consistent with E.D. Va. Civ. R. 7(J), the Court will decide all motions on the papers unless the Court orders oral argument on its own initiative or on written request by the parties. *Do not contact the Court to schedule a hearing unless the Court directs you to.* Requests for oral argument should be electronically filed with the Clerk's office. Should any conflict be perceived between these procedures and E.D. Va. Civ. R. 7(E), these procedures shall control, and no motion will be deemed withdrawn for failure to request a hearing. If Judge Walker determines that he will allow oral argument, chambers will notify the parties, and a date and time will be selected.

See E.D. Va. Civ. R. 26 for discovery motion procedures.